# EXHIBIT 1

# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| RYAN SHEHAN and VALERIE CICCHINO, individually and as parents and next friends of A. Shehan, a minor, ) ) ) ) | Case No. CJ-2009-4221 |
| Plaintiffs, ) | |
| v. ) ) | **DISTRICT COURT FILED** |
| KAREN SMITH, d/b/a Karen's Kids, ) ) | JUN 19 2015 |
| Defendant. ) ) | SALLY HOWE SMITH, COURT CLERK STATE OF OKLA. TULSA COUNTY |
| And ) ) | |
| RIVERPORT INSURANCE COMPANY ) Garnishee. ) | |

## GARNISHMENT AFFIDAVIT

STATE OF OKLAHOMA  )
                   )  ss.
COUNTY OF TULSA    )

I, the undersigned attorney, of Richardson Richardson Boudreaux, being duly sworn, state as follows:

1. I am the Attorney(s) for Judgment Creditor/Plaintiff in the above-styled case;

2. **For Prejudgment Garnishment only:** That _____, the Judgment Debtor or Defendant in the above-styled cause, is indebted to _____ in the amount of _____ on the original claim, over and above all offsets.

3. **For Postjudgment Garnishment only:** That Karen Smith, d/b/a Karen's Kids, the Judgment Debtor is further indebted to Plaintiff as follows:

    $550,000.00   Interest-bearing balance

    $26,024.24    Interest at 5.25% from March 9, 2015

    $0            Court costs not included in interest-bearing balance

    $0    Attorney fees not included in interest-bearing balance

    $576,024.24  **Total Garnishment Amount**

4.  That Judgment Creditor/Plaintiff believes that Garnishee, Riverport Insurance Company is indebted to or has property within its possession or under its control, which is not by law exempt from seizure or sale upon execution, belonging to the Judgment Debtor, Karen Smith or Defendant.

5.  That Judgment Creditor/Plaintiff is not seeking a continuing garnishment.

             Charles L. Richardson, OBA # 13388
             Jason C. Messenger, OBA # 19887
             Richardson Richardson Boudreaux
             7447 South Lewis Avenue
             Tulsa, OK 74136
             (918) 492-7674 *Telephone*
             (918) 493-1925 *Facsimile*
             *Attorneys for Plaintiff*

Subscribed and sworn to before me this ___19th___ day of ___June___, 2015.

STACY STARK
Notary Public in and for
STATE OF OKLAHOMA
Commission #11001356
Expires: February 15, 2019

             _____
             Court Clerk or Notary Public

             By _____

             Deputy

My Commission Expires:
___02/15/19___