# EXHIBIT 3



# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| RYAN SHEHAN,<br>    Plaintiff, and<br>VALERIE CICCHINO,<br>    Plaintiff,<br>v.<br>KAREN SMITH, DBA,<br>KAREN'S KIDS,<br>    Defendant. | No. CJ-2009-4221<br>**(Civil relief more than $10,000: DAYCARE NEGLIGENCE)**<br><br>Filed: 06/05/2009<br>Closed: 03/13/2014<br><br>Judge: Sellers, Jefferson D. |

## PARTIES

CICCHINO, VALERIE, Plaintiff
SHEHAN, AVERY, Minor
SHEHAN, RYAN, Plaintiff
SMITH, KAREN, Defendant

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| MESSENGER, JASON (Bar #19887)<br>Richardson Richardson Boudreaux Keesling<br>7447 South Lewis Avenue<br>Tulsa, OK 74136 | CICCHINO, VALERIE<br>SHEHAN, RYAN |
| RICHARDSON, CHARLES L (Bar #13388)<br>Richardson Richardson Boudreaux Keesling<br>7447 South Lewis Avenue<br>Tulsa, OK 74136 | CICCHINO, VALERIE<br>SHEHAN, RYAN |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, July 28, 2009 at 10:45 AM<br>  PL'S MOTION FOR DEFAULT JUDGMENT | | P. Thomas Thornbrugh | |
| Tuesday, September 29, 2009 at 10:45 AM<br>  SCHEDULING CONFERENCE | | P. Thomas Thornbrugh | |
| Monday, January 11, 2010 at 9:30 AM<br>  SCHEDULING CONFERENCE | | P. Thomas Thornbrugh | |
| Monday, August 30, 2010 at 10:00 AM<br>  DISPOSITION HEARING DOCKET | | P. Thomas Thornbrugh | |
| Monday, August 1, 2011 at 10:00 AM<br>  DISPOSITION HEARING DOCKET | | P. Thomas Thornbrugh | |
| Wednesday, September 7, 2011 at 11:30 AM<br>  PRETRIAL CONFERENCE - FROM DISPO DOCKET | | P. Thomas Thornbrugh | |
| Tuesday, February 28, 2012 at 10:30 AM<br>  SCHEDULING CONFERENCE | | Dana Kuehn | |
| Wednesday, March 21, 2012 at 11:00 AM<br>  DISPOSITION HEARING DOCKET | | Dana Kuehn | |
| Thursday, March 28, 2013 at 10:00 AM<br>  DISPOSITION HEARING DOCKET | | Mark Barcus | |
| Thursday, August 8, 2013 at 10:00 AM<br>  DISPOSITION HEARING DOCKET | | Mark Barcus | |
| Tuesday, April 29, 2014 at 10:30 AM<br>  DAMAGES | | Mark Barcus | |
| Tuesday, January 6, 2015 at 9:30 AM<br>  EVIDENTIARY HEARING...Jason Messenger, pl...Pro se, df | | Jefferson D. Sellers | |
| Thursday, February 18, 2016 at 10:00 AM<br>  ASSET HEARING.................PL-RYAN SHEHAN............DF-KAREN SMITH (PRO SE) | | Millie Otey | |
| Thursday, March 3, 2016 at 10:00 AM<br>  ASSET HEARING..............PL-JASON MESSENGER...........DF-KAREN SMITH (PRO SE) | | Millie Otey | |

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

    **Issue # 1.**        Issue: DAYCARE NEGLIGENCE (OTHER)
                          Filed By: SHEHAN, RYAN
                          Filed Date: 06/05/2009

                          **Party Name**        **Disposition Information**

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SMITH, KAREN | Disposed: SUMMARY JUDGEMENT ENTERED, 03/13/2014. |

Issue # 2.  Issue: DAYCARE NEGLIGENCE (OTHER)
Filed By: CICCHINO, VALERIE
Filed Date: 06/05/2009

| Party Name | Disposition Information |
|---|---|
| **Defendant:** SMITH, KAREN | Disposed: SUMMARY JUDGEMENT ENTERED, 03/13/2014. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-05-2009 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 06-05-2009 | OTHER | OTHER <..DESCRIPTION OF ACTION..> | | | |
| 06-05-2009 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 06-05-2009 | PFE1 | PETITION<br>Document Available at Court Clerk's Office | | | $ 150.00 |
| 06-05-2009 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 06-05-2009 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 06-05-2009 | CCADMIN | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 1.00 |
| 06-05-2009 | CHAB | C.H.A.B. STATUTORY FEE | | | $ 10.00 |
| 06-05-2009 | AGVSU | ATTORNEY GENERAL VICTIM SERVICES UNIT | | | $ 3.00 |
| 06-05-2009 | CCADMIN03 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.30 |
| 06-05-2009 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 06-05-2009 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 5.00 |
| 06-05-2009 | SMIMA | SUMMONS ISSUED - MAILED BY ATTORNEY | | | |
| 06-05-2009 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE THORNBRUGH, P. THOMAS TO THIS CASE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-05-2009 | ACCOUNT | RECEIPT # 2009-1680716 ON 06/05/2009. PAYOR:SMOLEN & SMITH TOTAL AMOUNT PAID: $212.30.<br>LINE ITEMS:<br>CJ-2009-4221: $155.00 ON AC01 CLERK FEES.<br>CJ-2009-4221: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT.<br>CJ-2009-4221: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2009-4221: $1.30 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2009-4221: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2009-4221: $10.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE.<br>CJ-2009-4221: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2009-4221: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |
| 06-12-2009 | S | PARTY HAS BEEN SUCCESSFULLY SERVED. SUMMONS SERVED ON MC KAREN SMITH, PERSONAL SERVICE, ON 06-10-09 BY PROCESS SERVER<br>Document Available at Court Clerk's Office | | SMITH, KAREN | |
| 06-30-2009 | A | ANSWER/// TIM TUCK ENTES AS COUNSEL/ COVER SHEET// CERTIFICATE OF SERVICE<br>Document Available at Court Clerk's Office | | SHEHAN, RYAN | |
| 07-10-2009 | APLI | APPLICATION SETTING MOTION FOR DEFAULT JUDGMENT FOR HEARING (A/J)<br>Document Available at Court Clerk's Office | | SHEHAN, RYAN | |
| 07-10-2009 | MODJ | MOTION FOR DEFAULT JUDGMENT (A/J)<br>Document Available at Court Clerk's Office | | SHEHAN, RYAN | |
| 07-13-2009 | CTFREE | THORNBRUGH, P. THOMAS: ORDER SETTING CASE FOR HEARING ENTERED. HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT SET FOR HEARING ON 7-28-09, 10:45 A.M. | | | |
| 07-13-2009 | O | ORDER SETTING CASE FOR HEARING (SEE ENTRY ABOVE) // CERTIFICATE OF MAILING<br>Document Available at Court Clerk's Office | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-27-2009 | CNOTE | THE 7-28-09 HEARING IS MOOT. ANSWER HAS BEEN SUBMITTED. | | | |
| 08-20-2009 | REQ | REQUEST FOR STATUS/SCHEDULING CONFERENCE / CERTIFICATE OF MAILING (A/J)<br>Document Available at Court Clerk's Office | | SHEHAN, RYAN | |
| 08-24-2009 | CTFREE | THORNBRUGH, P. THOMAS: ORDER SETTING STATUS/SCHEDULING CONFERENCE ENTERED. HEARING SET FOR 9-29-09, 10:45 A.M., ROOM 706. | | | |
| 08-25-2009 | O | ORDER SETTING STATUS/SCHEDULING CONFERENCE// CERTIFICATE OF MAILING// SEE ENTRY ABOVE<br>Document Available at Court Clerk's Office | | | |
| 09-29-2009 | CTFREE | THORNBRUGH, P. THOMAS: CASE COMES ON FOR HEARING ON SCHEDULING CONFERENCE. DON SMOLEN PRESENT FOR PLAINTIFF. AGREED ORDER TO BE SUBMITTED WITHIN 10 DAYS. | | | |
| 12-17-2009 | REQ | REQUEST FOR STATUS / SCHEDULING CONFERENCE (A/J)<br>Document Available at Court Clerk's Office | | SHEHAN, RYAN | |
| 12-18-2009 | CTFREE | THORNBRUGH, P. THOMAS: ORDER SETTING STATUS/SCHEDULING CONFERENCE ENTERED. HEARING SET FOR 1-11-10, 9:30 A.M., ROOM 706. | | | |
| 12-29-2009 | O | ORDER SETTING STATUS/SCHEDULING CONFERENCE (1-11-2010 AT 9:30 AM) / CERTIFICATE OF MAILING<br>Document Available at Court Clerk's Office | | | |
| 01-11-2010 | CTFREE | THORNBRUGH, P. THOMAS: NO PARTIES APPEARED FOR SCHEDULING CONFERENCE. TO BE RESET UPON APPLICATION. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-21-2010 | CTFREE | THORNBRUGH, P. THOMAS: NOTICE OF DISPOSITION DOCKET ENTERED. HEARING SET FOR AUGUST 30, 2010 AT 10:00 AM, ROOM 706. COPY OF NOTICE MAILED TO CLIFFORD TUCK AND DONALD SMOLEN, SR. | | | |
| 07-22-2010 | NODD | NOTICE OF DISPOSITION DOCKET (8-30-10 AT 10:00 AM) / CERTIFICATE OF MAILING / TO: CLIFFORD TIMOTHY TUCK<br>Document Available at Court Clerk's Office | | | |
| 07-22-2010 | NODD | NOTICE OF DISPOSITION DOCKET (8-30-10 AT 10:00 AM) / CERTIFICATE OF MAILING / TO: DONALD E SMOLEN SR<br>Document Available at Court Clerk's Office | | | |
| 08-30-2010 | CTFREE | THORNBRUGH, P. THOMAS: DISPOSITION HEARING HELD. BRIAN SMITH PRESENT FOR PLAINTIFF. PARTIES TO SUBMIT AGREED SCHEDULING ORDER BY 9-3-10 WITH 90 DAY DISCOVERY DATE. | | | |
| 10-04-2010 | CTFREE | THORNBRUGH, P. THOMAS: SCHEDULING ORDER ENTERED, ALL AS PER ORDER. | | | |
| 10-05-2010 | SCHO | SCHEDULING ORDER (OF 9-01-10)<br>Document Available at Court Clerk's Office | | | |
| 11-16-2010 | WL | FINAL WITNESS AND EXHIBIT LIST // CERTIFICATE OF MAILING<br>Document Available at Court Clerk's Office | | SHEHAN, RYAN | |
| 05-16-2011 | CTFREE | THORNBRUGH, P. THOMAS: NOTICE OF DISPOSITION DOCKET ENTERED. HEARING SET FOR 8-1-11 AT 10:00 A.M., ROOM 706. COPY OF NOTICE MAILED TO CLIFFORD TUCK AND DONALD SMOLEN SR. | | | |
| 05-18-2011 | NODD | NOTICE OF DISPOSITION DOCKET (8-1-11 AT 10:00AM) CERTIFICATE OF MAILING / TO: DONALD E SMOLEN SR<br>Document Available at Court Clerk's Office | | | |
| 05-18-2011 | NODD | NOTICE OF DISPOSITION DOCKET (8-1-11 AT 10:00AM) CERTIFICATE OF MAILING / TO: CLIFFORD TIMOTHY TUCK<br>Document Available at Court Clerk's Office | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-01-2011 | CTFREE | THORNBRUGH, P. THOMAS: DISPOSITION HEARING HELD. BRYAN SMITH PRESENT FOR PLAINTIFF. PRETRIAL CONFERENCE SET FOR 9-7-11 AT 11:30 A.M. | | | |
| 09-02-2011 | APLI | APPLICATION TO WITHDRAW (TIM TUCK) / CERTIFICATE OF MAILING<br>Document Available at Court Clerk's Office | | SMITH, KAREN | |
| 09-07-2011 | CTFREE | THORNBRUGH, P. THOMAS: PRETRIAL CONFERENCE COMES ON BEFORE THE COURT. TIM TUCK APPEARS FOR DEFENDANT KAREN SMITH. BRYAN SMITH APPEARS FOR THE PLAINTIFF. TUCK'S MOTION TO WITHDRAW AS PER ORDER TO BE SUBMITTED. PRETRIAL CONFERENCE STRICKEN TO BE RESET UPON APPLICATION. | | | |
| 10-10-2011 | CTFREE | KUEHN, DANA: MINUTE ORDER ENTERED. IT IS THEREFORE ORDERED BY THE COURT THAT ATTORNEY TIM TUCK'S APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEFENDANT IS HEREBY GRANTED, AND THAT SAID ATTORNEY IS DIRECTED TO PREPARE AND SUBMIT AN ORDER ALLOWING HIM TO WITHDRAW WITHIN 5 DAYS OF THE DATE OF THIS MINUTE ORDER. COPY OF ORDER MAILED TO KAREN SMITH, SMOLEN AND SMITH AND TIM TUCK. | | | |
| 10-10-2011 | O | MINUTE ORDER / SEE ENTRY ABOVE<br>Document Available at Court Clerk's Office | | | |
| 01-17-2012 | CTFREE | KUEHN, DANA: NOTICE OF DISPOSITION DOCKET ENTERED. HEARING SET FOR 3-21-12 AT 11:00 A.M., ROOM 701. COPY OF NOTICE MAILED TO DONALD E. SMOLEN, SR. | | | |
| 01-19-2012 | NODD | NOTICE OF DISPOSITION DOCKET / TO BE HELD ON MARCH 21, 2012 @ 11:00 AM IN COURTROOM 701 / CERTIFICATE OF MAILING / TO: DONALD E SMOLEN SR<br>Document Available (#1017533761) TIFF PDF | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-24-2012 | REQ | REQUEST FOR STATUS/SCHEDULING CONFERENCE / CERTIFICATE OF MAILING ON 1-23-12 BY US MAIL<br>Document Available (#1017613291) 📄TIFF 📄PDF | | SHEHAN, RYAN | |
| 01-26-2012 | CTFREE | KUEHN, DANA: ORDER SETTING STATUS/SCHEDULING CONFERENCE FOR 2-28-12 AT 10:30 A.M. | | | |
| 02-03-2012 | O | ORDER SETTING STATUS/SCHEDULING CONFERENCE / SEE ABOVE ENTRY / CERTIFICATE OF MAILING<br>Document Available (#1017685405) 📄TIFF 📄PDF | | | |
| 02-29-2012 | CTFREE | KUEHN, DANA: AGREED SCHEDULING ORDER ENTERED, ALL AS PER ORDER. PRETRIAL CONFERENCE SET FOR 8-27-12 AT 9:30 A.M.<br><br>(2-3) | | | |
| 03-13-2012 | TEXT | ADMINISTRATIVELY REASSIGNED BY AOC MIS PER HELP DESK CONTACT HD154761 | | | |
| 03-21-2012 | CNOTE | CASE NOTE - CASE IS STRICKEN OFF THE DISPO DOCKET OF 3-21-12. PRETRIAL CONFERENCE SET FOR 8-27-12 AT 9:30 A.M. | | | |
| 03-22-2012 | SCHO | AGREED SCHEDULING ORDER (02-29-12)<br>Document Available (#1018050782) 📄TIFF 📄PDF | | | |
| 04-27-2012 | WL | PRELIMINARY WITNESS & EXHIBIT LIST / CERTIFICATE OF MAILING<br>Document Available (#1018408612) 📄TIFF 📄PDF | | SHEHAN, RYAN | |
| 06-14-2012 | WL | FINAL WITNESS AND EXHIBIT LIST / CERTIFICATE OF MAILING<br>Document Available (#1018818236) 📄TIFF 📄PDF | | SHEHAN, RYAN | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 07-26-2012 | MO | ATTORNEY'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF / (BRYAN L SMITH ) /A TO J / CERTIFICATE OF MAILING<br>Document Available (#1019105491) TIFF PDF | | SHEHAN, RYAN | |
| 08-06-2012 | CTFREE | BARCUS, MARK: ORDER ENTERED SUSTAINING ATTORNEY'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF AND STRIKING PRETRIAL CONFERENCE THAT IS SET FOR 8-27-12. | | | |
| 08-17-2012 | O | ORDER SUSTAINING ATTORNEY'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR PLTF & STRIKING PRE-TRIAL CONFERENCE (SMOLEN & SMITH) / CERTIFICATE OF MAILING<br>Document Available (#1019274620) TIFF PDF | | | |
| 02-13-2013 | CTFREE | BARCUS, MARK: NOTICE OF DISPOSITION DOCKET ENTERED. HEARING SET FOR 3-28-13 AT 10:00 A.M., ROOM 506.<br>COPY OF NOTICE MAILED TO VALERIE CICCHINO AND RYAN SHEHAN. | | | |
| 02-14-2013 | NODD | NOTICE OF DISPOSITION DOCKET ON MARCH 28, 2013 / SEE ENTRY ABOVE / SENT TO: VALERIE CICCTINO<br>Document Available (#1020801880) TIFF PDF | | | |
| 02-14-2013 | NODD | NOTICE OF DISPOSITION DOCKET ON MARCH 28, 2013 / SEE ENTRY ABOVE / SENT TO: RYAN SHEHAN<br>Document Available (#1020801884) TIFF PDF | | | |
| 03-28-2013 | CTFREE | BARCUS, MARK: DISPO DOCKET HELD. RYAN SHEHAN PRESENT PRO SE AND STATES HE HAS HIRED CHARLES FOX TO REPRESENT HIM. COURT PASSES THE DISPO DOCKET TO 8-8-13 AT 10:00 A.M. COURT STATES THAT MR. FOX MUST ENTER AN APPEARANCE. | | | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-12-2013 | EAA | ENTRY OF APPEARANCE (CHARLES RICHARDSON & JASON MESSENGER ENTER AS COUNSEL - COVERSHEET ATTACHED) / CERTIFICATE OF MAILING<br>Document Available (#1022054518) 📄TIFF 📄PDF | | SHEHAN, RYAN | |
| 06-20-2013 | CTFREE | BARCUS, MARK: NOTICE OF DISPOSITION DOCKET ENTERED. CASE IS SET ON THE DISPO DOCKET FOR 8-8-13 AT 10:00 A.M., ROOM 506.<br>COPY OF NOTICE MAILED TO JASON MESSENGER AND CHARLES RICHARDSON. | | | |
| 06-20-2013 | NODD | NOTICE OF DISPOSITION DOCKET (8-08-13 AT 10:00 AM) / CERTIFICATE OF MAILING<br>Document Available (#1022171073) 📄TIFF 📄PDF | | | |
| 07-24-2013 | NO | NOTICE OF DISPOSITION DOCKET TO DEFENDANT / SET FOR 8-8-13 @10 AM / CERTIFICATE OF MAILING<br>Document Available (#1022438014) 📄TIFF 📄PDF | | | |
| 08-08-2013 | SCHO | SCHEDULING ORDER / 8-8-13<br>Document Available (#1022635817) 📄TIFF 📄PDF | | | |
| 08-08-2013 | CTFREE | BARCUS, MARK: CASE COMES ON FOR DISPO DOCKET.<br>JASON MESSENGER PRESENT FOR PLAINTIFF.<br>KAREN SMITH PRESENT PRO SE.<br>AGREED SCHEDULING ORDER ENTERED, ALL AS PER ORDER. | | | |
| 09-10-2013 | WL | PLAINTIFF'S SECOND PRELIMINARY LISTS OF WITNESSES & EXHIBITS / CERTIFICATE OF MAILING<br>Document Available (#1022712952) 📄TIFF 📄PDF | | SHEHAN, RYAN | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-07-2014 | MOSJ | PLTFS MOTION FOR SUMMARY ADJUDICATION<br>Document Available (#1023330957) 📄TIFF 📄PDF | | | $ 50.00 |
| 01-07-2014 | ACCOUNT | RECEIPT # 2014-2756432 ON 01/07/2014.<br>PAYOR:RICHARDSON RICHARDSON TOTAL AMOUNT PAID: $50.00.<br>LINE ITEMS:<br>CJ-2009-4221: $50.00 ON AC01 CLERK FEES. | | | |
| 03-04-2014 | MO | MOTION TO DEEM CONFESSED / A TO J / CERTIFICATE OF MAILING<br>Document Available (#1024420719) 📄TIFF 📄PDF | | SHEHAN, RYAN | |
| 03-13-2014 | CTFREE | BARCUS, MARK: ORDER GRANTING MOTION FOR SUMMARY ADJUDICATION AND SETTING HEARING ON DAMAGES, HEARING SET FOR 4-29-14 AT 10:30 A.M., ROOM 506. | | | |
| 03-18-2014 | O | ORDER GRANTING MOTION FOR SUMMARY ADJUDICATION & SETTING HEARING ON DAMAGES (4-29-14 AT 10:30 AM) / CERTIFICATE OF MAILING<br>Document Available (#1024591785) 📄TIFF 📄PDF | | | |
| 04-29-2014 | CTFREE | BARCUS, MARK: HEARING ON DAMAGES HELD.<br>CHUCK RICHARDSON PRESENT FOR PLAINTIFF.<br>DEFENDANT PRESENT PRO SE.<br>COURT TO RULE BY MINUTE ORDER. | | | |
| 08-06-2014 | NO | NOTICE OF MATTER PENDING FOR DECISION / CERT OF MAILING<br>Document Available (#1026820412) 📄TIFF 📄PDF | | SHEHAN, RYAN | |
| 09-15-2014 | APLI | APPLICATION FOR STATUS CONFERENCE / A TO J / CERTIFICATE OF MAILING<br>Document Available (#1027193054) 📄TIFF 📄PDF | | SHEHAN, RYAN | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 09-25-2014 | CTFREE | KUEHN, DANA:<br>COURT SEND LETTER TO CHARLES RICHARDSON AND KAREN SMITH, STATING SHE HAS FORWARDED REQUEST TO JUDGE BARCUS FOR HIS DECISION. | | | |
| 09-29-2014 | LT | LETTER FROM JUDGE KUEHN<br>Document Available (#1027201423) 📄TIFF 📄PDF | | | |
| 11-02-2014 | TEXT | ADMINISTRATIVELY REASSIGNED BY AOC MIS PER HELP DESK CONTACT HD36523 | | | |
| 11-05-2014 | TEXT | ADMINISTRATIVELY REASSIGNED BY AOC MIS PER HELP DESK CONTACT HD36523 | | | |
| 11-13-2014 | TEXT | ADMINISTRATIVELY REASSIGNED BY AOC MIS PER HELP DESK CONTACT 36523 | | | |
| 12-05-2014 | CTFREE | SELLERS, JEFFERSON D.: EVIDENTIARY REHEARING OF DAMAGES IS SET ON 1-6-15 AT 9:30 AM. NOTICE TO: JASON MESSENGER, KAREN SMITH | | | |
| 12-08-2014 | NOH | NOTICE OF HEARING/ SEE ABOVE ENTRY / AFFIDAVIT OF MAILING<br>Document Available (#1028043404) 📄TIFF 📄PDF | | | |
| 01-06-2015 | CTFREE | SELLERS, JEFFERSON D.: EVIDENTIARY HEARING HELD. CHUCK RICHARDSON APPEARS FOR PLAINTIFF DEFENDANT APPEARS PRO SE. WITNESSES: VALERIE SHEHAN, KAREN SMITH. COURT AWARDS $500,000 IN ACTUAL DAMAGES AND $50,000 IN PUNITIVE DAMAGES. PLAINTIFF TO SUBMIT JOURNAL ENTRY. | | | |
| 03-07-2015 | CTFREE | SELLERS, JEFFERSON D.: JOURNAL ENTRY OF JUDGMENT ENTERED. | | | |
| 03-09-2015 | JEJ | JOURNAL ENTRY OF JUDGMENT AGAINST DEF<br>Document Available (#1028987067) 📄TIFF 📄PDF | | SMITH, KAREN | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 06-19-2015 | GAPJ | GARNISHMENT AFFIDAVIT W/SUMMONS (POST JUDGMENT)(AS TO KAREN SMITH DBA KARENS KIDS//RIVERPORT INSURANCE COMPANY)<br>Document Available (#1029603186) TIFF PDF | | | $ 28.00 |
| 06-19-2015 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 06-19-2015 | CCADMIN02 | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS | | | $ 0.20 |
| 06-19-2015 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 2.00 |
| 06-19-2015 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 06-19-2015 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 06-19-2015 | GSIMA | GARNISHMENT SUMMONS ISSUED MAILED BY PLAINTIFF OR ATTORNEY | | | |
| 06-19-2015 | ACCOUNT | RECEIPT # 2015-3115537 ON 06/19/2015.<br>PAYOR:RICHARDSON RICHARDSON TOTAL AMOUNT PAID: $60.70.<br>LINE ITEMS:<br>CJ-2009-4221: $28.00 ON AC01 CLERK FEES.<br>CJ-2009-4221: $0.70 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2009-4221: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2009-4221: $2.00 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2009-4221: $25.00 ON AC79 OCIS REVOLVING FUND. | | | |
| 07-21-2015 | ATG | ANSWER TO GARNISHMENT BY RIVERPORT INSURANCE CO / SEE DOCUMENT<br>Document Available (#1030260133) TIFF PDF | | SMITH, KAREN | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 12-04-2015 | AHOAP | MOTION FOR ORDER REQUIRING JUDGMENT DEBTOR TO APPEAR AND ANSWER CONCERNING PROPERTY AND ASSETS (POST JUDGMENT)<br>Document Available (#1031523979) 📄TIFF 📄PDF | | | $ 33.00 |
| 12-04-2015 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 12-04-2015 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 1.55 |
| 12-04-2015 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 12-04-2015 | CCADMIN0155 | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | | $ 0.16 |
| 12-04-2015 | SJFIS | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | | $ 0.45 |
| 12-04-2015 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 12-04-2015 | ACCOUNT | RECEIPT # 2015-3222909 ON 12/04/2015. PAYOR:RICHARDSON RICHARDSON TOTAL AMOUNT PAID: $65.66.<br>LINE ITEMS:<br>CJ-2009-4221: $33.00 ON AC01 CLERK FEES.<br>CJ-2009-4221: $0.66 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2009-4221: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2009-4221: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2009-4221: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.<br>CJ-2009-4221: $25.00 ON AC79 OCIS REVOLVING FUND. | | | |
| 01-20-2016 | CTFREE | OTEY, MILLIE: CASE SET FOR ASSET HEARING ON 2-18-16 AT 10:00 AM IN ROOM 112 BEFORE JUDGE MILLIE OTEY. ORDER FOR KAREN SMITH TO APPEAR AND ANSWER ENTERED. | | SMITH, KAREN | |

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 01-28-2016 | O | ORDER REQUIRING JUDGMENT DEBTOR TO APPEAR AND ANSWER CONCERNING PROPERTY AND ASSETS (SEE MINUTE ABOVE) <br> Document Available (#1032173842) 📄TIFF 📄PDF | | | |
| 02-18-2016 | O | FINDINGS AND ORDER ON ASSET HEARING / HELD DEFENDANT RELEASED <br> Document Available (#1032380574) 📄TIFF 📄PDF | | | |
| 02-18-2016 | CTFREE | OTEY, MILLIE: CASE COMES ON FOR ASSET HEARING. PLAINTIFF REPRESENTED BY JASON MESSENGER; DEFENDANT, KAREN SMITH, APPEARED PRO SE. ONE WITNESS SWORN. THE ASSET HEARING WAS HELD AND THE DEFT WAS RELEASED. ORDER SIGNED BY THE COURT AND FILED INSTANTER. | | SMITH, KAREN | |
| 03-03-2016 | CTFREE | OTEY, MILLIE: PLAINTIFF JASON MESSENGER DID NOT APPEAR; DEFT KAREN SMITH D/B/A/ KAREN KIDS DID NOT APPEAR. ASSET HEARING STRICKEN FOR FAILURE TO PRESENT. TO BE RESET UPON APPLICATION. | | SMITH, KAREN | |