# EXHIBIT 4



Gary L. Richardson
Charles L. Richardson
Paul T. Boudreaux
Jason C. Messenger
Raymond S. Allred

Mbilike M. Mwafulirwa
―――――――――――
Margery A. Gadd, RN

7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 Tel ★ (918) 493-1925 Fax
www.RRBOK.com

April 19, 2016

Pierce Couch Hendrickson
  Baysinger & Green, L.L.P.
John Lennon
Clayton B. Pierce Memorial Building
1109 North Francis Avenue
Oklahoma City, OK 73106

    Re:   *Shehan, et al. v. Smith*
          Our File No. 118199

Dear Mr. Lennon:

    You previously provided the policy that your client issued to Karen Smith and her daycare. After a thorough review of the policy, we believe the terms provide coverage for the claims and subsequent judgment against your insured. While we continue to pursue collection from Ms. Smith, we further will seek collection from your client via the garnishment.

                                  Respectfully,

                                  Jason C. Messenger
                                  For the Firm