# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN SHEHAN, and VALERIE CICCHINO, individually, and as parents and next friend of A. Shehan, a minor,<br><br>        Plaintiffs,<br><br>v.<br><br>RIVERPORT INSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 16-CV-0298-CVE-FHM<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

This matter has come before the Court for consideration and an opinion and order, Dkt. # 15, granting judgment on the pleadings in favor of defendant, Riverport Insurance Company, on all of plaintiffs' claims has been entered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment for defendant and against plaintiffs is hereby entered as to plaintiffs' claims.

**DATED** this 9th day of August, 2016.

*/s/ Claire V. Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE