### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RYAN SHEHAN, and<br><br>(2) VALERIE CICCHINO, individually, and as parents and next friends of A. Shehan, a minor,<br><br>        Plaintiffs/Garnishors,<br><br>v.<br><br>(1) RIVERPORT INSURANCE COMPANY,<br><br>        Defendant/Garnishee. | Case No. 16-CV-0298-CVE-FHM |

### NOTICE OF APPEAL

NOTICE is hereby given that Ryan Shehan and Valerie Cicchino Shehan, Plaintiffs in the above named case, by and through their counsel of record Richardson Richardson Boudreaux, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the District Court's Opinion & Order [Doc. 15] and Judgment [Doc. 16] granting the Motion for Judgment on the Pleadings [Doc. 9] in favor of Defendant Riverport Insurance Company, granted on August 9, 2016.

Respectfully submitted,

 s/ Jason C. Messenger
Charles L. Richardson, OBA #13388
Jason C. Messenger, OBA #19887
RICHARDSON RICHARDSON BOUDREAUX
7447 South Lewis Avenue
Tulsa, Oklahoma  74136
(918) 492-7674 – Telephone
(918) 493-1925 – Facsimile
*Attorneys for Plaintiffs*

2

**CERTIFICATE OF DELIVERY**

The undersigned certifies that on the 6<u>th</u> day of <u>September</u>, 2016, the above instrument was caused to be sent via the CM/ECF system to the below attorneys of record:

Gerald P. Green, OBA No. 3563
John C. Lennon, OBA No. 30149
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma 73126-0350
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
jgreen@piercecouch.com
jlennon@piercecouch.com

*Attorneys for Defendant/Garnishee*

*s/ Jason C. Messenger*