UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RYAN SHEHAN, and VALERIE CICCHINO, individually, and as parents and next friend of A. Shehan, a minor,** | )<br>)<br>)<br>) |
| Plaintiffs/Garnishors, | )<br>) |
| v. | ) Case No. 16-CV-0298-CVE-FHM |
| **RIVERPORT INSURANCE COMPANY,** | )<br>)<br>) |
| Defendant/Garnishee. | ) |

## JUDGMENT FOR ATTORNEY FEES

This matter has come before the Court for consideration of defendant/garnishee's motion for an award of attorney fees under Okla. Stat. tit. 12, § 1190(B)(1). The Court has reviewed the motion, and finds that plaintiff is entitled to an award of attorney fees under § 1190(B)(1).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of defendant/garnishee and against plaintiffs/garnishors for attorney fees in the amount of $8,015.

**DATED** this 1st day of December, 2016.

CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE