# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) RYAN SHEHAN, and<br><br>(2) VALERIE CICCHINO, individually, and as parents and next friends of A. Shehan, a minor,<br><br>        Plaintiff/Garnishor,<br><br>v.<br><br>(1) RIVERPORT INSURANCE COMPANY,<br><br>        Defendant/Garnishee. | Case No. 16-CV-0298-CVE-FHM |

## RELEASE AND SATISFACTION OF JUDGMENT

Defendant/Garnishee Riverport Insurance Company ("Riverport" or "Garnishee") hereby release the judgment against Plaintiffs/Garnishors that was filed herein on December 1, 2016.

        Respectfully submitted,

        s/ Gerald P. Green
        Gerald P. Green, OBA No. 3563
        John C. Lennon, OBA No. 30149
        PIERCE COUCH HENDRICKSON
         BAYSINGER & GREEN, L.L.P.
        1109 North Francis Avenue
        Oklahoma City, Oklahoma 73106
        Telephone: (405) 235-1611
        Facsimile: (405) 235-2904
        green@piercecouch.com
        jlennon@piercecouch.com

        *Attorneys for Defendant/Garnishee*
        *Riverport Insurance Company*

## **CERTIFICATE OF SERVICE**

  This is to certify that on April 6, 2017, a true and correct copy of the above and foregoing was served electronically via the ECF system for the USDC for the Northern District of Oklahoma, to the following counsel of record.

  Charles L. Richardson
  Jason C. Messenger
  RICHARDSON, RICHARDSON
   & BOUDREAUX
  7447 South Lewis Avenue
  Tulsa, Oklahoma  74136

               s/ Gerald P. Green
              Gerald P. Green